IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re                                                   Bankruptcy Case  No. 08-30192-DHW
                                                            Chapter 13

       Stanley L. Crawford

             Debtor.

       Stanley L. Crawford,

             Plaintiff

       v.                                                    Adv. Pro. No. 12-03022-DHW

       LVNV Funding, LLC,
       Resurgent Capital Services, L.P.,
       and PRA Receivables Management, LLC,

             Defendants.


<u>TRANSMITTAL OF RECORD ON APPEAL</u>


       I, Dianne M. Segrest,  do hereby certify that the documents herein comprise the items in the Appellant Designation of Record and Issues related to the Notice of Appeal filed in the above referenced case.

Contents of Record:
Notice of Appeal - filed 7-16-2012 Doc #22 Rec# 06010427 $298.
Appellant Designation - filed 7-26/2012 Doc #26

PLEASE NOTE:
Appellee Designation of Record and Issues on Appeal has not been submitted.


Submitted On: August 14, 2012

                                      /s/ Juan-Carlos Guerrero, Clerk
                                      United States Bankruptcy Court

                                      /s/ Dianne M. Segrest
                                      Deputy Clerk