UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Stanley L. Crawford, | ) Case No. 08-30192-DHW |
| | ) |
|    Debtor. | ) Chapter 13 |

==============================================================

| | |
|---|---|
| | ) |
| STANLEY L. CRAWFORD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Adversary Proceeding No. 12-3033-DHW |
| | ) |
| LVNV FUNDING, LLC | ) |
| RESURGENT CAPITAL SERVICES, L.P. | ) |
| and PRA RECEIVABLES MANAGEMENT, LLC | ) |
| | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF APPEAL

      STANLEY L. CRAWFORD, through counsel, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Dwight H. Williams dismissing the Plaintiff's Complaint in the above-styled adversary proceeding entered in this adversary proceeding on the 12th day of July 2012.

      The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | COUNSEL |
|---|---|
| **Stanley L. Crawford** | **Nicholas H. Wooten** |
| | Nick Wooten, LLC |
| | P.O. Box 3389 |
| | Auburn, AL  36831 |
| | Tel. (334) 887-3000 |
| | Fax (334) 821-7720 |
| | nick@nickwooten.com |
| | |
| **LVNV Funding, LLC** | **Neal D. Moore, III** |
| **Resurgent Capital Services, L.P.** | **Sarah E. Orr** |
| **PRA Receivables Management, LLC** | Ferguson, Frost & Dodson, LLP |
| | 2500 Acton Road, Suite 200 |
| | Birmingham, Al. 35243 |
| | Tel. (205) 879-8722 |
| | Fax (205) 879-8831 |
| | ndm@ffdlaw.com |
| | pwf@ffdlaw.com |

DATED this 16th day of July 2012.

                                      RESPECTFULLY SUBMITTED,

                                      */s/ NICHOLAS H. WOOTEN*
                                      Nicholas H. Wooten
                                      Attorney for Debtor
                                      Nick Wooten, LLC
                                      P.O. Box 3389
                                      Auburn, AL  36831
                                      Tel. (334) 887-3000
                                      Fax (334) 821-7720
                                      Email: nick@nickwooten.com

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court.  The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal.  Any other party may elect, within the time provided in 28 U.S.C. § 158(c) to have the appeal heard by the district court.

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing document on the following parties in interest either by first class U.S. Mail, postage prepaid, or electronically on this the 16th day of July, 2012.

Neal W. Moore
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243

The Debtor

Curtis C. Reding
Chapter 13 Trustee
Via ECF system

All creditors on the matrix

                                      */s/ Nick Wooten* _____
                                        Of Counsel