**APPEAL, DISMISSED**

# U.S. Bankruptcy Court
## Middle District of Alabama (Montgomery)
### Adversary Proceeding #: 12-03033
**Internal Use Only**

*Assigned to:* Dwight H. Williams Jr.  
*Lead BK Case:* 08-30192  
*Lead BK Title:* Stanley L. Crawford  
*Lead BK Chapter:* 13  
*Demand:*  

*Date Filed:* 05/03/12  
*Date Dismissed:* 07/12/12  

*Nature[s] of Suit:* 72 Injunctive relief - other  
91 Declaratory judgment  

*Plaintiff*
-----------------------
**Stanley L. Crawford**  
4181 Gober road  
Milbrook, AL 36054  
SSN / ITIN:       -7347  

represented by **Nicholas H. Wooten**  
Nick Wooten, LLC  
PO Box 3389  
Auburn, AL 36831  
334-887-3000  
Fax : 334-821-7720  
Email: nick@nickwooten.com  

V.

*Defendant*
-----------------------
**LVNV Funding, LLC**  
C T Corporation System, Reg.Agent  
2 North Jackson Street  
Suite 605  
Montgomery, AL 36104  

represented by **Neal D Moore, III**  
Ferguson, Frost & Dodson, LLP  
2500 Acton Road, Suite 200  
Birmingham, AL 35243  
205-879-8722  
Fax : 205-879-8831  
Email: ndm@ffdlaw.com  

*Defendant*
-----------------------
**Resurgent Capital Services, L.P.**  
C T Corporation System, Reg. Agent  
2 North Jackson Street  
Suite 605  
Montgomery, AL 36104  

represented by **Neal D Moore, III**  
(See above for address)

*Defendant*
-----------------------
**PRA Receivables Management, LLC**
agent of Portfolio Recovery Assocs LLC
National Registered Agents Inc.
Registered Agent
150 South Perry Street
Montgomery, AL 36104

represented by **PRA Receivables Management, LLC**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 05/03/2012 | 1 | Adversary case 12-03033. (72 (Injunctive relief - other)), (91 (Declaratory judgment)): Complaint against LVNV Funding, LLC, Resurgent Capital Services, L.P., PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates, LLC. -NO FEE DUE- filed by Nicholas H. Wooten on behalf of Stanley L. Crawford. (Attachments: # 1 Summons) (Wooten, Nicholas) (Entered: 05/03/2012) |
| 05/04/2012 | | (private) Flags: AwCAact21 flag(s) removed. No filing fee required - filed by debtor. New Case Received and Reviewed for Accuracy. (DS) (Entered: 05/04/2012) |
| 05/04/2012 | 2 | Summons Issued to Attorney for Plaintiff to be served on Defendants: LVNV Funding, LLC Date Issued 5/4/2012, Answer Due 6/4/2012; PRA Receivables Management, LLC Date Issued 5/4/2012, Answer Due 6/4/2012; Resurgent Capital Services, L.P. Date Issued 5/4/2012, Answer Due 6/4/2012. Execution of Summons to be done by 5/18/2012. (DS) (Entered: 05/04/2012) |
| 05/06/2012 | 3 | BNC Certificate of Service - See Image Attached - (RE: related document(s)2 Summons Issued). No. of Notices: 1. Notice Date 05/06/2012. (Admin.) (Entered: 05/07/2012) |
| 05/08/2012 | 4 | Summons Service Executed on LVNV Funding, LLC 5/7/2012; PRA Receivables Management, LLC 5/7/2012; Resurgent Capital Services, L.P. 5/7/2012 . (RE: related document(s)2 Summons Issued). (Wooten, Nicholas) (Entered: 05/08/2012) |
| 06/04/2012 | 5 | Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of LVNV Funding, LLC. (Moore, Neal) (Entered: 06/04/2012) |
| 06/04/2012 | 6 | Corporate Parent Disclosure Statement filed by Neal D Moore III on behalf of LVNV Funding, LLC. (Moore, Neal) (Entered: 06/04/2012) |
| 06/05/2012 | 7 | Notice of Telephone Hearing Set (RE: related document(s)5 Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of LVNV Funding, LLC. ). Hearing scheduled for 6/25/2012 at 10:20 AM |

|  |  |  |
|---|---|---|
|  |  | at Telephone Hearing. (JV) (Entered: 06/05/2012) |
| 06/07/2012 | 8 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)7 Hearing). No. of Notices: 4. Notice Date 06/07/2012. (Admin.) (Entered: 06/08/2012) |
| 06/08/2012 | 9 | Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of Resurgent Capital Services, L.P.. (Moore, Neal) (Entered: 06/08/2012) |
| 06/08/2012 | 10 | Corporate Parent Disclosure Statement filed by Neal D Moore III on behalf of Resurgent Capital Services, L.P.. (Moore, Neal) (Entered: 06/08/2012) |
| 06/08/2012 | 11 | Brief *in Support of* filed by Neal D Moore III on behalf of LVNV Funding, LLC, Resurgent Capital Services, L.P. (RE: related document(s)5 Motion to Dismiss Adversary Proceeding filed by Defendant LVNV Funding, LLC, 9 Motion to Dismiss Adversary Proceeding filed by Defendant Resurgent Capital Services, L.P.). (Moore, Neal) (Entered: 06/08/2012) |
| 06/11/2012 | 12 | Notice of Telephone Hearing Set (RE: related document(s)9 Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of Resurgent Capital Services, L.P.). Hearing scheduled for 6/25/2012 at 10:20 AM at Telephone Hearing. (JFM) (Entered: 06/11/2012) |
| 06/13/2012 | 13 | BNC Certificate of Service - Telephone Hearing - (RE: related document(s)12 Hearing). No. of Notices: 4. Notice Date 06/13/2012. (Admin.) (Entered: 06/14/2012) |
| 06/22/2012 | 14 | Agreed Motion to Continue/Reschedule Hearing filed by Nicholas H. Wooten on behalf of Stanley L. Crawford (RE: related document(s)5 Motion to Dismiss Adversary Proceeding filed by Defendant LVNV Funding, LLC). (Wooten, Nicholas) (Entered: 06/22/2012) |
| 06/22/2012 | 15 | Agreed Motion to Continue/Reschedule Hearing filed by Nicholas H. Wooten on behalf of Stanley L. Crawford (RE: related document(s)9 Motion to Dismiss Adversary Proceeding filed by Defendant Resurgent Capital Services, L.P.). (Wooten, Nicholas) (Entered: 06/22/2012) |
| 06/22/2012 | 16 | Notice of Continued Hearing by Agreement Set (RE: related document(s)5 Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of LVNV Funding, LLC., 9 Motion to Dismiss Adversary Proceeding filed by Neal D Moore III on behalf of Resurgent Capital Services, L.P..). Hearing scheduled for 7/9/2012 at 10:20 AM at Courtroom 4C, Judge Williams Presiding, U.S. Bankruptcy Court, Montgomery, AL. (JV) (Entered: 06/22/2012) |

| | | |
|---|---|---|
| 06/22/2012 | | (private) Motions terminated. (RE: related document(s)14 Motion to Continue/Reschedule Hearing, 15 Motion to Continue/Reschedule Hearing). (JV) (Entered: 06/22/2012) |
| 06/24/2012 | 17 | Opposition Response to *Motions to Dismiss Filed by LVNV Funding, LLC (ECF 5) and Resurgent Capital Services, L.P. (ECF 9)* filed by Nicholas H. Wooten on behalf of Stanley L. Crawford (RE: related document(s)5 Motion to Dismiss Adversary Proceeding filed by Defendant LVNV Funding, LLC, 9 Motion to Dismiss Adversary Proceeding filed by Defendant Resurgent Capital Services, L.P.). (Wooten, Nicholas) (Entered: 06/24/2012) |
| 06/24/2012 | 18 | BNC Certificate of Service - Hearing - (RE: related document(s)16 Hearing). No. of Notices: 4. Notice Date 06/24/2012. (Admin.) (Entered: 06/25/2012) |
| 06/29/2012 | | (private) Flags: AwCAact34 flag(s) removed, REL DE6,10 Corporate parent added. (DR) (Entered: 06/29/2012) |
| 07/06/2012 | 19 | Response filed by Neal D Moore III on behalf of LVNV Funding, LLC, Resurgent Capital Services, L.P. (RE: related document(s)17 Response filed by Plaintiff Stanley L. Crawford). (Moore, Neal) (Entered: 07/06/2012) |
| 07/12/2012 | 20 | Order Dismissing Adversary Proceeding (Related Doc # 5) Motion to Dismiss Adversary Proceeding, Motion to Dismiss Adversary Proceeding (Related Doc # 9) Entered On 7/12/2012. (DR) (Entered: 07/12/2012) |
| 07/12/2012 | | Case could not be closed because holding case open 14 days to allow filing of an Appeal. Close AP Case Follow Up Review due on 7/26/2012. (DR) (Entered: 07/12/2012) |
| 07/15/2012 | 21 | BNC Certificate of Service - See Image Attached - (RE: related document(s)20 Order on Motion to Dismiss Adversary Proceeding). No. of Notices: 4. Notice Date 07/15/2012. (Admin.) (Entered: 07/16/2012) |
| 07/16/2012 | 22 | Notice of Appeal Fee Amount $298 filed by Nicholas H. Wooten on behalf of Stanley L. Crawford.(Related Doc # 20 Order Dismissing Adversary Proceeding). Appellant Designation due by 07/30/2012. Transmission of Designation Due by 08/14/2012. (Wooten, Nicholas) Modified on 7/17/2012 to add rel doc #.(DS). (Entered: 07/16/2012) |
| 07/17/2012 | | (private) Deadlines Terminated - CANTCLOSE flag(s) removed (Notice of Appeal filed (doc #22). (DS) (Entered: 07/17/2012) |
| 07/17/2012 | 23 | Notice to Appellant and Appellee. (RE: related document(s)22 Notice of Appeal). (DS) (Entered: 07/17/2012) |

| | | |
|---|---|---|
| 07/17/2012 | 24 | Receipt of Appeal Filing Fee - $298.00 by JT. Receipt Number 06010427. (admin) (Entered: 07/18/2012) |
| 07/18/2012 | 25 | Receipt of Notice of Appeal(12-03033) [appeal,ntcapl] ( 298.00) filing fee. Receipt number 06010427, amount $ 298.00. (LB) (Entered: 07/18/2012) |
| 07/26/2012 | 26 | Appellant Designation of Record and Issues on Appeal. Appellee designation due within 14 days. filed by Nicholas H. Wooten on behalf of Stanley L. Crawford (RE: related document(s)22 Notice of Appeal filed by Plaintiff Stanley L. Crawford). (Wooten, Nicholas) (Entered: 07/26/2012) |
| 07/26/2012 | | Case could not be closed - Appeal filed (doc #22) Close AP Case Follow Up Review due on 9/27/2012. (DS) (Entered: 07/26/2012) |