UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 16, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-12389-EE
Case Style: Stanley Crawford v. LVNV Funding, LLC, et al
District Court Docket No: 2:12-cv-00701-WKW
Secondary Case Number: 08-bk-30192-DHW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Attorney Gilbert Charles Dickey's motion to withdraw as counsel is GRANTED by the Clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action