## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2014

Larry Brittain Childs
Waller Lansden Dortch & Davis, LLP
1901 6TH AVE N STE 1400
BIRMINGHAM, AL 35203-4605

Neal D. Moore III
Ferguson Frost & Dodson, LLP
1400 URBAN CTR DR STE 200
PO BOX 430189
BIRMINGHAM, AL 35242

Sarah E. Orr
Ferguson Frost & Dodson, LLP
1400 URBAN CTR DR STE 200
PO BOX 430189
BIRMINGHAM, AL 35242

Appeal Number: 13-12389-EE
Case Style: Stanley Crawford v. LVNV Funding, LLC, et al
District Court Docket No: 2:12-cv-00701-WKW
Secondary Case Number: 08-bk-30192-DHW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/dc/
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-12389-EE

_____

In Re: STANLEY L. CRAWFORD,

                                                          Debtor.

_____

STANLEY L. CRAWFORD,                    2:12-CV-00701-WKW

                                                Plaintiff - Appellant,

versus

LVNV FUNDING, LLC,
RESURGENT CAPITAL SERVICES, L.P.,
PRA RECEIVABLES MANAGEMENT, LLC,

                                                Defendants - Appellees,

_____

                                                #2:12-cv-729-WKW

TAMARA L. SIMS,

                                                Plaintiff,

versus

AFNI, INC.,
ASSET ACCEPTANCE, LLC,
JEFFERSON CAPITAL SYSTEMS, LLC,
RESURGENT CAPITAL SERVICES, L.P.,

                                                Defendants.

_____

Appeal from the United States District Court

for the Middle District of Alabama

ORDER:

The motion of Appellees, **LVNV Funding, LLC, Resurgent Capital Services, LP, and PRA Receivables Management, LLC, (collectively "LVNV")**, for stay of the issuance of the mandate pending petition for writ of certiorari is **DENIED**.


UNITED STATES CIRCUIT JUDGE

ORD-45