UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 17, 2014

Debra P. Hackett
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 13-12389-EE
Case Style: Stanley Crawford v. LVNV Funding, LLC, et al
District Court Docket No: 2:12-cv-00701-WKW
Secondary Case Number: 08-bk-30192-DHW

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit
_____

No. 13-12389
_____

District Court Docket No.
2:12-cv-00701-WKW,
Bkcy No. 08-bk-30192-DHW

In Re: STANLEY L. CRAWFORD,

                                                 Debtor.

_____

                                                 2:12-CV-00701-WKW

STANLEY L. CRAWFORD,

                                               Plaintiff - Appellant,

versus

LVNV FUNDING, LLC,
RESURGENT CAPITAL SERVICES, L.P.,
PRA RECEIVABLES MANAGEMENT, LLC,

                                               Defendants - Appellees,

_____

                                                #2:12-cv-729-WKW

TAMARA L. SIMS,

                                               Plaintiff,

versus

AFNI, INC.,
ASSET ACCEPTANCE, LLC,
JEFFERSON CAPITAL SYSTEMS, LLC,
RESURGENT CAPITAL SERVICES, L.P.,

                                               Defendants.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

JUGDMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 10, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Mandate Issued:
October 17, 2014